IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 21-CR-471 |
| | : | |
| EDWARD HOLLOWAY | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **18th** day of **October 2023**, upon consideration of Defendant's Motion to Suppress (ECF No. 21), the Government's Response in Opposition (ECF No. 24), Defendant's Reply (ECF No. 33), and Oral Argument held before the Hon. Chad F. Kenney in Courtroom 11B on September 18, 2023 (*see* Transcript at ECF No. 37), it is **hereby ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Motion (ECF No. 21) is **GRANTED**.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
Chad F. Kenney, Judge